**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SAMUEL GUZMAN, *et al.*, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants.* | No. 1:26-cv-03579-BAH |

**PLAINTIFFS' *EX PARTE* MOTION TO PROCEED UNDER PSEUDONYMS**

Plaintiffs, by and through their undersigned counsel, hereby request, pursuant to Rule 5.2(e) of the Federal Rules of Civil Procedure and consistent with Local Rule 105.11 and prior rulings in similar cases that Rule 10(a) of the Federal Rules of Civil Procedure be waived and that Plaintiffs be granted leave to file a complaint against Defendants, omitting the real names and addresses of certain Plaintiffs who have a legitimate fear for the safety of themselves or their family members should their participation in this litigation be made public (the "Requesting Plaintiffs").

As set forth more fully in the memorandum in support of this motion, attached hereto, the Requesting Plaintiffs possesses a well-founded fear of retaliation by the Defendants against these Plaintiffs or their families in the event that the identities of those Plaintiffs are made known to the public. Requesting Plaintiffs also fear personally identifiable information becoming available to the public.

WHEREFORE, pursuant to Rule 5.2(e) of the Federal Rules of Civil Procedure, Plaintiffs respectfully request that Rule 10(a) of the Federal Rules of Civil Procedure a be waived and that Plaintiffs be granted leave to file a Complaint in this case omitting the real names and addresses of the Requesting Plaintiffs and to proceed in this matter using initials or pseudonyms, and to file the real names under seal.

A Proposed Order is attached hereto.

Dated: September 9, 2026/s/ Jerome A. Murphy

Jerome A. Murphy (D. Md. Bar No. 27678)
Jared A. Levine (*pro hac vice forthcoming*)
CROWELL & MORING LLP
600 Fifth Street, NW
Washington, DC 20001
Tel: (202) 624-2500
Fax: (202) 628-5116
JMurphy@crowell.com
jlevine@crowell.com

Shana H. Khader (*Application for admission pending*)
Alice N. Barrett (D. Md. Bar No. 32180)
CASA, Inc. dba We Are CASA
P.O. Box 7277
Hyattsville, MD 20787
Tel: (240) 406-4348 (S. Khader)
Tel: (240) 378-3445 (A. Barrett)
skhader@wearecasa.org
abarrett@wearecasa.org

Sabrina S. Merold (*Application for admission pending*)
Kit A. Pierson (D. Md. Bar No. 11253)
Alison S. Deich (*Application for Admission pending*)
COHEN MILSTEIN SELLERS & TOLL LLP
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699
smerold@cohenmilstein.com

kpierson@cohenmilstein.com
adeich@cohenmilstein.com

Ian Austin Rose (D. Md. Bar No. 22079)
Adina Appelbaum (D. Md. Bar No. 32089)
Samantha Hsieh (D. Md. Bar No. 32092)
Lauren Hodges (D. Md. Bar No. 32272)
AMICA CENTER FOR IMMIGRANT RIGHTS
1025 Connecticut Ave. NW Ste. 701
Washington, DC 20036
Tel. 202-788-2509
Austin.rose@amicacenter.org
Adina@amicacenter.org
Sam@amicacenter.org
Lauren@amicacenter.org

Deborah A. Jeon (D. Md. Bar No. 06905)
David Rocah (D. Md. Bar No. 27315)
Sonia Kumar (D. Md. Bar No. 07196)
Gina Branch Elleby (D. Md. Bar No. 32059)
AMERICAN CIVIL LIBERTIES UNION OF MARYLAND
3600 Clipper Mill Road, Suite 200
Baltimore, Maryland 21211
Tel.: 410-889-8555
jeon@aclu-md.org
rocah@aclu-md.org
kumar@aclu-md.org
elleby@aclu-md.org

Yulie Landan*(*Pro hac vice forthcoming)*
NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD ("NATIONAL IMMIGRATION PROJECT")
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20009
(213) 430-5521
yulie@nipnlg.org

*Not admitted in the District of Columbia; working remotely from New York and admitted in California

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026 I electronically filed this Motion to Proceed Under Pseudonyms, via the cm/ecf system.

September 9, 2026

/s/Jerome A. Murphy
Jerome A. Murphy