**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

SAMUEL GUZMÁN, *et al.*, *individually and on behalf of all others similarly situated*

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

*Defendants*.

No. 1:26-cv-3579-BAH

**MOTION FOR PRELIMINARY INJUNCTION AND TO STAY AGENCY ACTION**

Plaintiffs Samuel Guzmán, A.G.P., K.M., J.M.R., on behalf of themselves and all others similarly situated, and CASA, Inc. dba We Are CASA ("Plaintiffs") by and through their undersigned counsel, move pursuant to Fed. R. Civ. P. 65 for a preliminary injunction against Defendants or, in the alternative, a stay of agency action in the above-captioned action.

For the reasons set forth in the accompanying Memorandum of Law in Support, which is incorporated by reference, Plaintiffs can establish the four factors required when seeking a preliminary injunction: (1) they are likely to succeed on the merits; (2) they are likely to suffer irreparable harm in the absence of preliminary relief; (3) the balance of equities tips in their favor and (4) an injunction is in the public interest.

Plaintiffs respectfully request this Court GRANT Plaintiffs' Motion for Preliminary Injunction and to Stay Agency Action and issue an order enjoining Defendants and their agents and employees from making warrantless immigration arrests in this District unless, pre-arrest, the arresting agent has probable cause to believe that the person being arrested is likely to escape

before a warrant can be obtained, as required by 8 U.S.C. § 1357(a)(2) and 8 C.F.R. § 287.8(c)(2)(ii).

Respectfully submitted,

/s/ Jerome A. Murphy

Jerome A. Murphy (D. Md. Bar No. 27678)
Jared A. Levine (*pro hac vice forthcoming*)
CROWELL & MORING LLP
600 Fifth Street, NW
Washington, DC 20001
Tel: (202) 624-2500
Fax: (202) 628-5116
JMurphy@crowell.com
jlevine@crowell.com

Shana H. Khader (*Application for admission pending*)
Alice N. Barrett (D. Md. Bar No. 32180)
CASA, Inc. dba We Are CASA
P.O. Box 7277
Hyattsville, MD 20787
Tel: (240) 406-4348 (S. Khader)
Tel: (240) 378-3445 (A. Barrett)
skhader@wearecasa.org
abarrett@wearecasa.org

Sabrina S. Merold (*Application for admission pending*)
Kit A. Pierson (D. Md. Bar No. 11253)
Alison S. Deich (*Application for Admission pending*)
COHEN MILSTEIN SELLERS & TOLL LLP
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699
smerold@cohenmilstein.com
kpierson@cohenmilstein.com
adeich@cohenmilstein.com

Ian Austin Rose (D. Md. Bar No. 22079)
Adina Appelbaum (D. Md. Bar No. 32089)
Samantha Hsieh (D. Md. Bar No. 32092)
Lauren Hodges (D. Md. Bar No. 32272)
AMICA CENTER FOR IMMIGRANT RIGHTS
1025 Connecticut Ave. NW Ste. 701
Washington, DC 20036
Tel. 202-788-2509
Austin.rose@amicacenter.org
Adina@amicacenter.org
Sam@amicacenter.org
Lauren@amicacenter.org

Deborah A. Jeon (D. Md. Bar No. 06905)
David Rocah (D. Md. Bar No. 27315)
Sonia Kumar (D. Md. Bar No. 07196)
Gina Branch Elleby (D. Md. Bar No. 32059)
AMERICAN CIVIL LIBERTIES UNION OF MARYLAND
3600 Clipper Mill Road, Suite 200
Baltimore, Maryland 21211
Tel.: 410-889-8555
jeon@aclu-md.org
rocah@aclu-md.org
kumar@aclu-md.org
elleby@aclu-md.org

Yulie Landan*(*Pro hac vice forthcoming)*
NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD ("NATIONAL IMMIGRATION PROJECT")
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20009
(213) 430-5521
yulie@nipnlg.org

*Not admitted in the District of Columbia; working remotely from New York and admitted in California only

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026 I electronically filed this Motion for Preliminary Injunction and to Stay Agency Action, via the CM/ECF system.

September 9, 2026

/s/Jerome A. Murphy

*Pro bono counsel for Plaintiffs*