**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

SAMUEL GUZMÁN, *et al.*, *individually and on behalf of all others similarly situated*

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

*Defendants*.

No. 1:26-cv-3579-BAH

**TABLE OF EXHIBITS TO MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND TO STAY AGENCY ACTION**

| Exhibit | Documents | Pages |
|---|---|---|
| A | Declaration of Jerome A. Murphy in Support of Plaintiffs' Motion for a Preliminary Injunction | 3, 4, 5, 6, 7, 14, 15, 19, 24, 25 |
| A-1 | U.S. Customs & Immigration Enforcement's ("ICE") Broadcast Statement of Policy, which is Appendix A to the Settlement Agreement in *Castanon Nava v. Dep't of Homeland Sec.*, No. 1:18-cv-0757 (N.D. Ill. Nov. 23, 2021) | 3, 24 |
| A-2 | Associated Press article by Aamer Madhani entitled "Trump directs ICE to expand deportations in Democratic-run cities, undeterred by protests" (June 15, 2025) | 3 |
| A-3 | Washington Post article by Nick Miroff and Maria Sacchetti entitled "Trump officials issue quotas to ICE officers to ramp up arrests" (Jan. 26, 2025) | 3 |
| A-4 | Politico article by Kyle Cheney and Josh Gerstein entitled "DOJ is walking back the White House's goal to arrest 3,000 immigrants per day" (Aug. 3, 2025) | 3 |
| A-5 | Independent article by Graig Graziosi entitled "ICE chief thinks deportation system should be run like Amazon Prime 'but with human beings'" (Apr. 9, 2025) | 3 |
| A-6 | Washington Examiner article by Anna Giaritelli entitled "Stephen Miller 'eviscerated' ICE officials in private meeting for low deportation numbers" (May 30, 2025) | 3 |
| A-7 | Guardian article by Edward Helmore entitled "Ice reportedly shifting | 4 |

| | | |
|---|---|---|
| | away from immigration raids on farms and hotels" (June 14, 2025) | |
| A-8 | Guardian article by José Olivares entitled "US immigration officers ordered to arrest more people even without warrants" (June 4, 2025) | 4 |
| A-9 | NBC News article by Julia Ainsley, et al. entitled "Under Trump administration, ICE scraps paperwork offices once had to do before immigration arrests" (Sept. 9, 2025) | 4 |
| A-10 | Atlantic article by Nick Miroff entitled "Trump Loves ICE. Its Workforce Has Never Been So Miserable" (Jul. 10, 2025) | 4 |
| A-11 | ABC News article by Rebecca Santana entitled "ICE arrests 10,000 people across US in 5-day span, a sharp surge in Trump's deportation push" (July 4, 2026) | 4 |
| A-12 | New York Times article by Hamed Aleaziz entitled "Immigrant Arrests Surge to 10,000 in 5 Days as ICE Clamps Down" (July 1, 2026) | 4 |
| A-13 | Hill article by Max Rego entitled "Former acting ICE director on vehicle stops: 'Time we take a hard look'" (July 14, 2026) | 4 |
| A-14 | Washington Post article by Isaac Arnsdorf and Ted Hesson entitled "ICE lifts pause on vehicle stops after Trump criticism" (July 15, 2026) | 4 |
| A-15 | ABC News article by Rebecca Santana entitled "ICE arrests jumped to nearly 50,000 in July, the highest monthly total of Trump's second term" (Aug. 25, 2026) | 4 |
| A-16 | New York Times article by Heather Knight and Hamed Aleaziz entitled "Trump Fired a U.S. Attorney Who Insisted on Following a Court Order" (Sept. 26, 2025) | 5 |
| A-17 | Washington Post article by Teo Armus and Jenny Gathright entitled "Lawsuit accuses ICE of illegally arresting Latino immigrants in D.C." (Sept. 25, 2025) | 5 |
| A-18 | Press Release from the U.S. Department of Homeland Security entitled "DHS Debunks New York Times False Reporting: DHS Does NOT Deport U.S. Citizens" (Oct. 1, 2025) | 5 |
| A-19 | Daily Caller article by Anthony Iafrate entitled "'Nothing But Green Lights': ICE Memo Expands Agents' Warrantless Arrest Powers" (Jan. 31, 2026) | 5 |
| A-20 | CNN article by Hanna Park, et. al. entitled "October 7, 2025: National Guard deployments" (Oct. 8, 2025) | 5 |
| A-21 | ICE memo by Todd M. Lyons (Jan. 28, 2026) | 5, 19, 25 |
| A-22 | Migration Data from migrationpolicy.org | 6 |
| A-23 | Document from the Comptroller of Maryland entitled "State of the Economy Series: Immigration and the Economy" (Apr. 2024) | 6 |
| A-24 | Banner article by Lillian Reed entitled "ICE wanted to move its Baltimore field office to Elkridge. Now what?" (Mar. 5, 2026) | 6 |
| A-25 | Banner article by Lillian Reed entitled "Federal judge reinstates building permits for Elkridge ICE facility" (Aug. 10, 2026) | 6 |
| A-26 | WYPR News article by Scott Maucione entitled "DHS buys warehouse in Maryland to possibly hold detained immigrants" (Jan. | 6 |

| | | |
|---|---|---|
| | 27, 2026) | |
| A-27 | Daily Record article by Ian Round entitled "ICE reportedly dumping 7 detention warehouses — but legal fight over MD's continues" (Jun. 22, 2026) | 6 |
| A-28 | Maryland Matters article by Sam Gauntt entitled "In rush for immigration arrests, a shift by ICE to 'incredibly aggressive' tactics, advocates say" (July 26, 2025) | 6 |
| A-29 | Washington Post article by Joe Heim entitled "ICE arrests in D.C. region reach nearly 20,000 during Trump's second term" (Apr. 6, 2026) | 7 |
| A-30 | Banner article by John-John Williams IV entitled "Analysis: ICE arrests have slowed down — but not in Maryland" (Mar. 31, 2026) | 7 |
| A-31 | Capital News Service article by Max Schaeffer entitled "Maryland ICE arrests are increasing as Trump crackdown intensifies" (Apr. 30, 2026) | 7 |
| A-32 | Banner article by Darreonna Davis entitled "ICE pursuit ends in Kent Island crash, leaving family seeking answers" (Aug. 25, 2026) | 7 |
| A-33 | U.S. Immigration and Customs Enforcement press release entitled "ICE Operation Safe Community – Washington, D.C. nets more than 1,300 arrests throughout Virginia, Maryland" (Aug. 26, 2026) | 7 |
| A-34 | WUSA9 News article by Leslie Moreno entitled "Immigrant communities brace amid ICE enforcement rumors this week" (May 5, 2025) | 14 |
| A-35 | Banner article by Liz Bowie entitled "Maryland sees drop in Hispanic graduations as immigration raids ramp up" (Jan. 27, 2026) | 14 |
| A-36 | Banner by Maya Lora entitled "How Maryland schools will respond to rumored ICE ramp-ups" (Feb. 13, 2026) | 14 |
| A-37 | Banner by Liz Bowie and Maya Lora entitled "Why Maryland law can't always keep ICE off school grounds" (Jun. 15, 2026) | 14 |
| A-38 | NBC News by Jon Schuppe and Erik Ortiz entitled "Trump's DHS immigration enforcement officers shot 14 people from September 2025 to February 2026. Here's what to know" (Jan. 16, 2026) | 15 |
| A-39 | New York Times article by Allison McCann entitled "At Least 23 People Have Been Shot at by Federal Immigration Agents Since Last Year" (July 8, 2026) | 15 |
| B | Declaration of Graeme Blair | 7 |
| C | Declaration of Samuel Guzmán | 8, 14, 15, 20, 26 |
| D | A.G.P. Declaration | 9, 12, 13, 14, 20, 26, 27, 28, 29 |
| E | K.M. Declaration | 9, 13, 14, 15, 20, 26, 27, 28, 29 |
| F | J.M.R. Declaration | 10, 13, 14, 15, 20, 26, |

| | | |
|---|---|---|
| | | 27, 28 |
| G | Declaration of David Aguirre | 10, 12, 15, 20, 21, 27 |
| H | C.G. Declaration | 10, 11, 13, 14, 20, 21, 26, 27 |
| I | E.B.P. Declaration | 11, 13, 14, 15, 20, 21, 26, 27, 28, 29 |
| J | C.N.M. Declaration | 11, 12, 13, 20, 21, 26, 27 |
| K | W.M.S. Declaration | 12, 14, 15, 20, 28 |
| L | R.Q.H. Declaration | 12, 13, 20, 26, 28, 29 |
| M | Declaration of Manuel | 12, 13, 20, 28 |
| N | J.A.G. Declaration | 12, 13, 14, 20, 26, 27, 28 |
| O | A.L.P. Declaration | 12, 13, 14, 29 |
| P | E.A.M. Declaration | 12, 13, 20, 26 |
| Q | D.C. Declaration | 12, 20 |
| R | W.J. Declaration | 12, 20 |
| S | Declaration of Candido Garcia | 12, 13, 20, 26, 27 |
| T | S.B.R. Declaration | 12, 13, 20, 26 |
| U | L.C.P. Declaration | 12, 13, 14, 20, 21, 26 |
| V | J.H.A. Declaration | 12, 13, 15, 20, 26, 27 |
| W | E.C.V. Declaration | 12, 13, 15, 20, 26, 27, 29 |
| X | Declaration of Rachael E. Savage | 12, 20 |
| Y | Declaration of Bryan Avila | 12, 20 |
| Z | Declaration of We Are Casa | 15, 29 |