# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SAMUEL GUZMÁN, et al., individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>*Defendants*. | No. 1:26-cv-3579-BAH |

**DECLARATION OF GRAEME BLAIR**

I, Graeme Blair, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a professor of political science at UCLA and fellow at the Center for Advanced Study in the Behavioral Sciences at Stanford University. I study state violence and how to make social science research more credible, ethical, and useful. I teach courses on research design and data analysis for undergraduates and Ph.D. students. My book, *Research Design in the Social Sciences*, was published by Princeton University Press in 2023, and my book *Crime, Insecurity, and Community Policing* was published by Cambridge University Press in 2024. I received a Ph.D. in politics from Princeton University and a B.A. in political science from Reed College. I am the recipient of the Leamer-Rosenthal Prize in Open Social Science.

2. I am also the Co-Director at the Deportation Data Project, which collects, analyzes, and posts public, anonymized U.S. government immigration enforcement datasets. In addition to posting publicly available data on its website, the Deportation Data Project uses the Freedom of Information Act to obtain datasets from federal government agencies and publishes analysis of the datasets it receives.

3. I submit this declaration at the request of plaintiffs' counsel in the above-captioned case, who requested that I analyze trends in civil immigration arrests in Maryland.

4. I analyzed a set of data which was obtained during Freedom of Information Act (FOIA) litigation over a request filed in March 2025 by the Deportation Data Project and Professor David Hausman of the University of California at Berkeley, who is Co-Director of the Project. When ICE did not respond to the request for six months, Professor Hausman filed a lawsuit in the U.S. District Court for the Northern District of California to compel the release of the data (*Hausman v. ICE,* No. 4:26-cv-03730). The dataset described here was posted on the government SecureRelease online platform on or about August 21, 2026, as part of a partial settlement of the lawsuit. The data as provided by ICE are available on the project web site at deportationdata.org/data/ice.html.

5. The main spreadsheet table I analyze here represents records of civil immigration arrests. Each row in the spreadsheet represents a single arrest and includes details on the location of the arrest and the arrestee. That spreadsheet is missing information on past criminal convictions, which appear in a separate spreadsheet on immigration detention stays. I merged the two spreadsheets using an anonymized unique identifier produced by ICE based on A numbers and added the conviction charge information to the arrests table.[1]

6. I co-authored a peer-reviewed journal article that includes data analysis to validate the dataset.[2] We compared the counts of detention book-ins in these data to the ICE detention management spreadsheets posted biweekly as required by Congress and to previous data released by ICE under separate FOIA requests. We also examined trends in book-ins over time compared to public reporting and at the coincidence of individuals across data tables from arrests to detention to removal. All these validation steps point in the direction that the data reflects ICE's own understanding of civil immigration arrests.

7. At the request of plaintiff's counsel, I filtered to the arrests in Maryland most likely to have not involved a warrant: those that ICE classifies as a "non-custodial arrest."[3]

---

[1] ICE includes a unique identifier for each noncitizen in the dataset, which is common across the arrest and detention tables. To join the two tables, we identified detention stints that took place up to 10 days after and up to five days before an arrest of the same individual, the dates reflecting uncertainty of dates in the dataset. We chose the detention stint closest in time to the arrest when there were more than one.

[2] Blair, Graeme, David Hausman, and Phil Neff. Forthcoming. "Data introduction: Immigration and Customs Enforcement Individual-Level Data," *Nature Scientific Data*.

[3] ICE defines "at large arrests," as those "conducted in the community, as opposed to in a custodial setting such as a prison or jail." In its annual Enforcement and Removal Operations Report for FY 2017, ICE states that it aggregated "at large arrests" from three categories in its databases: "ERO administrative arrests reported as 'at-large' include

8. Using these data, plaintiff's counsel first asked me to count the number of non-custodial civil immigration arrests recorded by ICE in Maryland from January 20, 2025, through the end of the data on August 6, 2026. There was a total of 6,999 arrests in this period in Maryland.

9. I next counted the number of non-custodial arrests per week in Maryland. This is depicted in Figure 1 below. The chart demonstrates that arrests in Maryland increased by 491% in their weekly rate from an average of 14.6 per week in 2024[4] to an average of 86.4 per week since January 20, 2025.

**Figure 1**




10. I next break down the arrest count by region, based on the apprehension city field. I identify arrests in five cities in Maryland: Baltimore, Salisbury, and Silver Spring. In Baltimore, there have been 1,853 non-custodial arrests since January, 20, 2025; in Salisbury, 861; in Silver Spring, 639. In Figure 2, I display the number of arrests in each of these cities by week.

---

records from all ERO Programs with Arrest Methods of Located, Non-Custodial Arrest, or Probation and Parole." See https://www.ice.gov/sites/default/files/documents/Report/2017/iceEndOfYearFY2017.pdf. When independent analysts compared ICE's numbers to an analysis following this stated coding scheme, the figures matched exactly. See https://www.americanimmigrationcouncil.org/wp-content/uploads/2025/01/changing_patterns_of_interior_immigration_enforcement_in_the_united_states.pdf

[4] I include the dates between January 1 and January 19, 2025, in the "2024" period in each calculation below.

**Figure 2**




11. I next broke down arrests by ICE's classification of connections to the criminal justice system, which has three categories: "convicted criminal," "pending charges," and "other immigration violator." I understand the last category to mean that the noncitizen has no connection to the U.S. criminal justice system, either in the form of a conviction or pending criminal charges. The weekly number of arrests by these categories is in Figure 3. Nearly all the non-custodial arrests in 2025 and 2026 are of individuals listed as having only

pending charges without convictions (9%) or no criminal justice system connection at all (71%). Only 19% have convictions, a decline compared to 31% in 2024.

**Figure 3**




12. I next broke down the data by whether the most serious charge the arrestee was convicted of is classified by the FBI as a violent crime or a nonviolent crime. [5] The weekly number of arrests among individuals in both categories as well as those with no convictions is displayed in Figure 4. Nearly all the arrests in 2025 and 2026 are of individuals convicted of nonviolent crimes (18%) or no crimes at all (81%). Less than 1% arrested by ICE since January 2025 were convicted of crimes the FBI classifies as violent; indeed, the proportion of ICE arrests that are of noncitizens convicted of crimes classified as violent declined, from 3% in 2024.

[5] To classify convictions as violent or nonviolent, I used the most serious criminal charge field in the detentions table, and we cross-reference the named conviction with the FBI list of violent offenses, which include "murder and nonnegligent manslaughter, rape, robbery, and aggravated assault." A small number, 50 in total (0.7%), are recorded as being convicted of a crime in the arrests data but because they were not detained subsequently do not have the charge recorded. These are listed as "Conviction, type unknown" in the chart.

**Figure 4**




13. I next examined the proportion of noncitizens who were arrested outside of custodial settings who held citizenship in countries in Central America, South America, or the Caribbean. 93% of the non-custodial arrestees had citizenship in one of those countries.

September 8, 2026
Los Angeles, California

GRAEME BLAIR
Los Angeles, California

# Graeme Blair

## Current appointments

Fellow, Center for Advanced Study in the Behavioral Sciences, Stanford University, 2026–27

Professor of Political Science, UCLA, 2025– (on leave 2026-27)

Co-Director, Deportation Data Project, 2024–

## Past appointments

Associate Professor of Political Science, UCLA, 2022–2025

Co-Director of Training and Methods, Evidence in Governance and Politics, 2022–2024

Assistant Professor of Political Science, UCLA, 2016–2022

Pre/Post-Doctoral Fellow, Evidence in Governance and Politics & Earth Institute, Columbia University, 2014–16

## Education

Ph.D., Politics, Princeton University, 2016

A.M., Politics, Princeton University, 2010

B.A., Political Science, Reed College, 2006
Coursework, University of KwaZulu-Natal, South Africa, 2004
Koobi Fora Field School, Kenya, 2001

## Research

### *Books*

2. Graeme Blair, Fotini Christia, and Jeremy M. Weinstein (eds.) with Eric Arias, Emile Badran, Robert A. Blair, Ellen Chapin, Ali Cheema, Ahsan Farooqui, Thiemo Fetzer, Guy Grossman, Dotan Haim, Zulfiqar Hameed, Rebecca Hanson, Ali Hasanain, Ben Kachero, Dorothy Kronick, Andrew Miller, Benjamin Morse, Robert Muggah, Fatiq Nadeem, Matthew Nanes, Tara Slough, Nico Ravanilla, Jacob N. Shapiro, Barbara Silva, Pedro C. L. Souza, and Anna Wilke. *Crime, Insecurity, and Community Policing: Experiments on Building Trust*. 2024, Cambridge University Press (Studies in Comparative Politics series).

1. Graeme Blair, Alexander Coppock, and Macartan Humphreys. *Research Design in the Social Sciences: Declaration, Diagnosis, and Redesign*. 2023, Princeton University Press. Manuscript at book.declaredesign.org.
   Reviews: *Nature* ("best science picks")

### *Articles and chapters*

23. Graeme Blair, David Hausman, and Phil Neff. "Immigration and Customs Enforcement Individual-Level Administrative Data: An Introduction." Forthcoming, *Nature Scientific Data*.

22. Graeme Blair, Darin Christensen, and Michael Gibilisco. "The Point of Attack: Where and Why Does Oil Cause Armed Conflict in Africa?" Accepted, *Journal of Politics*.

21. Graeme Blair and David Hausman. "One Year of Immigration Enforcement under the Second Trump Administration." Report.

20. Graeme Blair and David Hausman. "Immigration Enforcement in the First Nine Months of the Second Trump Administration." Report.
19. Rebecca Littman*, Rebecca Wolfe*, Graeme Blair*, and Sarah Ryan. 2023. "Evidence Needed for Ethical Social Science." *Science* 379(6629):247. * Equal authors.
18. Graeme Blair and Nirvikar Jassal. 2022. "Accessing Justice for Survivors of Violence against Women." *Science* 377(6602): 150-151.
17. Graeme Blair, Darin Christensen, and Valerie Wirtschafter. 2022. "How Does Armed Conflict Shape Investment? Evidence from the Mining Sector." *Journal of Politics* 84(1): 116-133.
16. Biz Herman ⓡ Amma Panin ⓡ Elizabeth Iams Wellman ⓡ Graeme Blair ⓡ Lindsey D. Pruett ⓡ Ken Ochieng' Opalo ⓡ Hannah M. Alarian ⓡ Allison N. Grossman ⓡ Yvonne Tan ⓡ Alex P. Dyzenhaus ⓡ and Nicholas Owsley. 2022. "Field Experiments in the Global South: Assessing Risks, Localizing Benefits, and Addressing Positionality." *PS: Political Science & Politics* 55(4): 769-772. *Author order randomized.
15. Graeme Blair, Jeremy M. Weinstein, Fotini Christia, Eric Arias, Emile Badran, Robert A. Blair, Ali Cheema, Thiemo Fetzer, Guy Grossman, Dotan Haim, Rebecca Hanson, Ali Hasanain, Ben Kachero, Dorothy Kronick, Benjamin Morse, Robert Muggah, Matthew Nanes, Tara Slough, Nico Ravanilla, Jacob N. Shapiro, Barbara Silva, Pedro C. L. Souza, Lily Tsai, and Anna Wilke. 2021. "Community Policing Does Not Build Citizen Trust in Police or Reduce Crime in the Global South." *Science* 374(6571).

    Invited perspective by Santiago Tobón, "Community policing in the developing world." *Science*.
14. Graeme Blair, Rebecca Littman, Elizabeth R. Nugent, Rebecca Wolfe, Mohammed Bukar, Benjamin Crisman, Anthony Etim, Chad Hazlett, and Jiyoung Kim. 2021. "Trusted Authorities Can Change Minds and Shift Norms during Conflict." *Proceedings of the National Academy of Sciences* 118 (42).
13. Graeme Blair, Darin Christensen, and Aaron Rudkin. 2021. "Do Commodity Price Shocks Cause Armed Conflict? Evidence from a Meta-Analysis." *American Political Science Review* 115(2): 709-716.
12. Graeme Blair and Gwyneth McClendon. "Experiments in Multiple Contexts." Chapter in *Advances in Experimental Political Science,* James N. Druckman and Donald P. Green eds., 2021. Cambridge: Cambridge University Press.
11. Graeme Blair, Alexander Coppock, and Margaret Moor. 2020. "When to Worry about Sensitivity Bias: A Social Reference Theory and Evidence from 30 Years of List Experiments." *American Political Science Review* 114(4): 1297-1315.
10. Graeme Blair, Rebecca Littman, and Elizabeth Levy Paluck. 2019. "Motivating the Adoption of New Community-Minded Behaviors: An Empirical Test in Nigeria." *Science Advances* 5(3):1-8.
9. Graeme Blair, Jasper Cooper, Alexander Coppock, and Macartan Humphreys. 2019. "Declaring and Diagnosing Research Designs." *American Political Science Review* 113(3): 838-859.
8. Graeme Blair, Winston Chou, and Kosuke Imai. 2019. "List Experiments with Measurement Error." *Political Analysis* 27(4): 455-480.
7. Robin Gomila, Rebecca Littman, Graeme Blair, and Elizabeth Levy Paluck. 2017. "The Audio Check: A Method for Improving Data Quality and Detecting Data Fabrication." *Social Psychological and Personality Science* 8(4): 424-433.
6. Graeme Blair, Kosuke Imai, and Yang-Yang Zhou. 2015. "Design and Analysis of the Randomized Response Technique." *Journal of the American Statistical Association* 110(511): 1304-1319.
5. Graeme Blair. 2015. "Survey Methods for Sensitive Topics." *APSA Comparative Politics Newsletter* 24(1): 12-16.
4. Graeme Blair, Kosuke Imai, and Jason Lyall. 2014. "Comparing and Combining List and Endorsement Experiments: Evidence from Afghanistan." *American Journal of Political Science* 58(4): 1043-1063.

3. Jason Lyall, Graeme Blair, and Kosuke Imai. 2013. "Explaining Support for Combatants during Wartime: A Survey Experiment in Afghanistan." *American Political Science Review* 107(4): 679-705.

2. Graeme Blair, C. Christine Fair, Neil Malhotra, and Jacob N. Shapiro. 2013. "Poverty and Support for Militant Politics: Evidence from Pakistan." *American Journal of Political Science* 57(1): 30-48.

1. Graeme Blair and Kosuke Imai. 2012. "Statistical Analysis of List Experiments." *Political Analysis* 20: 47-77.

## Awards & fellowships

Margaret Levi Award for the Advancement of Comparative Methodology (with 127 co-recipients, for work on community policing study), 2026

Best book (for *Research Design in the Social Sciences*), American Political Science Association Experiments Section, 2024

Honorable mention for best article award (for *Does Community Policing Build Trust in Police and Reduce Crime?*), American Political Science Association Comparative Politics Section, 2023

Best book (for *Advances in Experimental Political Science*), American Political Science Association Experiments Section, 2022

"Featured evaluation from across government departments to demonstrate best practices for public policy evaluation," U.K. Cabinet Office Evaluation Task Force, 2022

Commendation (for DeclareDesign), Society for the the Improvement of Psychological Science, 2020

Statistical Software Award for "developing statistical software that makes a significant research contribution," Society for Political Methodology, 2019

Leamer-Rosenthal Prize for Open Social Science, Berkeley Initiative for Transparency in the Social Sciences, $10,000, 2016

Post-Doctoral Fellowship, Watson Institute for International Studies, Brown (declined), 2014

Pi Sigma Alpha Award for best paper, Midwest Political Science Association, $250, 2013, with Kosuke Imai and Jason Lyall

Graduate Fellow, Institute for International and Regional Studies, Princeton, 2013

Graduate Fellow, Program on Quantitative and Analytical Political Science, Princeton, 2012 – 2013

Prize Fellow (university-wide), Woodrow Wilson Scholars, Princeton, 2011

## Software

DeclareDesign, R statistical package for diagnosing and improving research designs, with Jasper Cooper, Alexander Coppock, Macartan Humphreys, and Neal Fultz

estimatr, R statistical package for fast estimators for social scientists, with Jasper Cooper, Alexander Coppock, Macartan Humphreys, Luke Sonnet, and Neal Fultz

fabricatr, R statistical package for simulating social science data before it is collected, with Jasper Cooper, Alexander Coppock, Macartan Humphreys, Aaron Rudkin, and Neal Fultz

list, R statistical package for analysis of survey "list experiments" designed to elicit truthful answers to sensitive questions, with Kosuke Imai

rr, R statistical package for analysis of randomized response technique survey items designed to elicit truthful answers to sensitive questions, with Yang-Yang Zhou and Kosuke Imai

## Extramural grants

Russell Sage Foundation, $193,262, 2026–2028. For Deportation Data Project, co-PI with David Hausman

Innovations for Poverty Action, $149,259, 2024–2026. For Asking About Violence, co-PI with Hannah Baron, Abdulrasheed Isah, Sandra Ley, Rebecca Littman, Andrés Moya, Alejandra Rios, Elayne Stecher, Lauren Young

Arnold Ventures, $25,000, 2023–2024. For review of policing randomized trials, co-PI with Robert A. Blair, Santiago Tobón, and Anna Wilke

National Science Foundation, $400,000, 2022–2025. For Asking About Violence, co-PI with Rebecca Littman and Lauren Young

Innovations for Poverty Action, $129,955, 2022–2024. For Asking About Violence, co-PI with Hannah Baron, Rebecca Littman, Elayne Stecher, Lauren Young, Sandra Ley, Mohammed Bukar, Andr'es Moya, and Vivian Khedari DePierro

Hewlett Foundation, $800,000, 2021–2024. For Project on Resources and Governance, co-PI with Darin Christensen.

International Growth Centre, $25,700, 2020, co-PI with Darin Christensen

International Growth Centre, $25,800, 2019, co-PI with Darin Christensen and Michael Ross

Hewlett Foundation, $1,400,000, 2018–2020. For Project on Resources, Governance, and Development, co-PI with Darin Christensen and Michael Ross

Peace and Recovery Fund, Innovations for Poverty Action, $40,000, 2018, co-PI with Rebecca Littman and Rebecca Wolfe

Economic Development and Institutions Program (U.K. Department for International Development), $30,000, 2018. For "Engaging Citizens to Address Company-Community Conflicts at South African Mines," with Darin Christensen and Renard Sexton

Hewlett Foundation, $600,000, 2017–2018. For Project on Resources, Governance, and Development, co-PI with Darin Christensen, Laura Paler, and Michael Ross

Laura and John Arnold Foundation, $491,000, 2016–2018. Lead PI ($322,839 award to UCLA). For "Declaring and Diagnosing Research Designs," with Jasper Cooper, Alexander Coppock, and Macartan Humphreys

Evidence in Governance and Politics and U.K. Department for International Development, $1,300,000 ($109,978 award to UCLA), 2016–2020. For "*Metaketa* Initiative on Community Policing," chair and lead author

Development Innovation Lab/USAID grant, $5,000, 2017, with Darin Christensen and Renard Sexton

Amazon AWS Research Grant, $3,000, 2014, with Kosuke Imai and Carlos Velasco

CAF-America Latina Crime and Policy Network Citizen Security in Latin America Grant, $15,000, 2013, with Kosuke Imai, Fabiana Machado, Carlos Velasco

National Science Foundation Dissertation Improvement Grant (SES-1226228), $17,640, 2012

International Growth Centre, LSE, $116,000, 2010, with Kosuke Imai

## Internal grants

California Center for Population Research Seed Grant, UCLA, $18,000, 2025

Center for the Advancement of Teaching (for PS 50), UCLA, $5,000, 2021

Center for Social Statistics, UCLA, $20,000, 2017, with Chad Hazlett

Dean's Faculty Opportunity Fund (for IDSS graduate workshop), UCLA, $1,500, 2017, with Darin Christensen and Chad Hazlett

California Center for Population Research Seed Grant, UCLA, $17,200, 2016, with Chad Hazlett

Institute for International and Regional Studies, Princeton, 2010; 2012

Bobst Center for Peace and Justice, Princeton, 2010; 2011; 2011, with Kosuke Imai; 2011, with Carlos Velasco

## Field research

Nigeria: January, March 2020 (North East); March-April 2018 (North East); July 2017 (North East); March, September 2016 (North East); February, July 2015 (North East); November 2012 – February 2013 (Niger Delta); January, May, July 2012 (Niger Delta); July – August 2011 (North East, Niger Delta); July – August 2010 (Abuja); August 2009 (Lagos)

South Africa: September 2019; December 2018; August 2017; January 2006

Mexico: March, April 2012

Equatorial Guinea: January 2012

Ghana: June 2010; June 2009

Liberia: July 2009

## Teaching

PS 50. Comparative politics (undergraduate), UCLA

PS 150. Political violence (undergraduate), UCLA

PS 170A. Randomized trials for social change (undergraduate), UCLA

PS 200E. Experimental design for social science (graduate), UCLA

PS 292B. Research design for social science (graduate), UCLA

PS 240A-B. Comparative politics field seminar (graduate), UCLA

Research design short courses: Nigeria Ministry of Agriculture, 2015; EITM Europe, 2019; EGAP Learning Days, Abidjan, 2022, 2023

## Advisees and placement

### *Ph.D. students*

Rachel Berwald (dissertation co-chair, ongoing)
Elayne Stecher (dissertation co-chair, ongoing)
Dario Sidhu (dissertation co-chair, ongoing)
Carolyn Steinle (dissertation co-chair, ongoing)

Sofía Granados Sotelo (dissertation committee, ongoing)
Felipe Fajardo Vanegas (dissertation committee, ongoing)

Jessica Cobian (dissertation committee, ongoing)
Samyu Comandur (dissertation committee, ongoing)

Emily Ortiz (dissertation committee, ongoing)

Alfredo Trejo III (dissertation committee, ongoing)

Jiyoung Kim (dissertation committee, Assistant professor, Michigan State University

Ryan Baxter-King (dissertation committee): Assistant professor, University of Nevada, Reno

Cesar Martinez Alvarez (dissertation committee): Assistant professor, UCSB; Postdoc, Yale

Valerie Wirtschafter (dissertation committee): Data analyst, Brookings Institution

### *Staff researchers*

Sofía Granados: Ph.D. student, UCLA

Fatiq Nadeem: Ph.D. student, Bren School of the Environment, UCSB

J. Sebastián Leiva: M.P.P. student, Princeton

Jasmine Miller: Research manager, Give Directly

### *Undergraduate researchers*

Safa Saleem

Omar Elamri

Belle Ho

Jason Leland

Jarod Ngo

Ophelia Sin

Ragini Srinivasan: Ph.D. student in economics, MIT

Guanzhang Zhao: Ph.D. student in economics, Yale

Saloni Majmudar: Associate consultant, Bain & Company

Jacquelyn Nguyen: medical school

Emily Allendorf: Research assistant, RAND Corporation

Min Woo Sun: Ph.D. student in biomedical informatics, Stanford

## Professional service

Ad-hoc committee on research ethics, Empirical Studies of Conflict, 2023–

Advisory board member, Conflict Research Network West Africa, 2022–

Selection committee, CEGA Non-Resident Fellowship Pilot Research Grant, 2023

Selection committee, Empirical Studies of Conflict Annual Meeting, 2022

Co-organizer, Alternative academic career talk series, California Workshop in Empirical Political Science, 2022

Chair, Best dissertation award committee, APSA Experiments Section, 2022

Steering committee, Urban violence and policing research cluster, Evidence in Governance and Politics, 2021–

Organizer, Southern California Workshop in Empirical Political Science conference, 2020

Nominating committee co-chair, African Politics Conference Group, 2019–20

Selection committee, Statistical Software Award, Society for Political Methodology, 2019–21

Section co-chair, African Politics Conference Group, American Political Science Association meetings, 2019

Selection committee, California Workshop in Empirical Political Science conference, 2019

Selection committee, post-doctoral fellow, Evidence in Governance and Politics, 2016

Guest editor, *Proceedings of the National Academy of Sciences*

Referee, *American Journal of Political Science*, *American Political Science Review*, *British Journal of Political Science*, Cambridge University Press, *Comparative Political Studies*, *Conflict Management and Peace Science*, *International Studies Quarterly*, *Journal of Conflict Resolution*, *Journal of Experimental Political Science*, *Journal of Politics*, *Journal of the Royal Statistical Society (Series A)*, *Journal of Peace Research*, National Science Foundation, *Nature Communications*, *Nature Human Behaviour*, *Political Analysis*, *Political Behavior*, *Proceedings of the National Academy of Sciences*, *Public Opinion Quarterly*, *Research and Politics*, *Review of Economics and Statistics*, *Science*, *Science Advances*, *Terrorism and Political Violence*, University of California Press, and *World Politics*

## University and department service

Merit review committee, Department of Political Science, UCLA, 2025–2026

Panel member, Student Conduct Committee, UCLA, 2024–2027

Chair, Legal Affairs Committee, UCLA Faculty Association, 2024–

Secretary and member of the Executive Committee, UCLA Faculty Association, 2024

Advisory committee member, Center for the Study of Women, UCLA, 2024–

Retreat committee, California Center for Population Research, UCLA, 2023

Faculty recruitment committee, Department of Political Science, UCLA, 2022–23

Methods field chair, Department of Political Science, UCLA, 2019–20, 2020–21, 2021–22, 2022-23, 2025–26

Executive committee member, Department of Political Science, UCLA, 2019–20, 2020–21

Comparative politics field chair, Department of Political Science, UCLA, 2017–18

Faculty leader, Improving Designs in the Social Sciences (weekly graduate workshop), UCLA, 2016–17, 2017–18, with Darin Christensen, Erin Hartman, and Chad Hazlett

Co-organizer, Comparative Politics Workshop, Department of Political Science, UCLA, 2016–17, 2017–18

Deputy director of graduate placement, Department of Political Science, UCLA, 2016–17

## Conferences and invited talks

2026: Immigration Law Teachers and Scholars Workshop, Duke 2025: MIT

2023: Yale, Institute For Advanced Study in Toulouse, Paris Dauphine University, Syracuse

2022: Committee on Law and Justice, The National Academies of Sciences, Engineering, and Medicine; UC Berkeley Center for African Studies; UNU World Institute for Development Economics Research (WIDER); DCAF Geneva Centre for Security Sector Reform; APSA; USC; Northwestern Global Poverty Action Lab; CEGA Evidence to Action meeting; ESOC; ITAM; EGAP; Australian Society for Quantitative Political Science (Keynote address)

2021: Montréal Methods Workshop; EGAP Methods Workshop; United States Institute of Peace

2020: Berkeley Africa Colloquium; NYU CESS; EGAP*; OECD Responsible Mining meeting*; Stanford Comparative Politics Workshop*; Innovations for Poverty Action Measurement meeting*; ESOC; Berkeley Center for Effective Global Action; APSA; BITSS RT-2 Workshop; U.K. Dept. for International Develop-

ment; Stanford Political Science Workshop; Evidence in Governance and Politics; FHI 360; Innovations for Poverty Action; USAID Development Innovations Venture. * cancelled due to COVID-19

2019: Strategy and the Business Environment Conference; Empirical Studies of Conflict Conference (ESOC); Northwestern Experiments Conference; APSA; BITSS RT-2 Workshop, World Bank; Workshop in Experimental Social Sciences, Florence; EGAP; UBC Vancouver School of Economics

2018: Northwestern University, Q-Center; APSA; Facebook; PRG, Washington; PRG, Accra, Ghana; BITSS RT-2 Workshop

2017: U.K. Dept. for International Development; BITSS Annual Meeting; Project on Resources and Governance Conference, UCLA

2016: U.S. Dept. of State; Southern California Methods Workshop, UCSD; APSA, EGAP

2015: APSA

2014: Polmeth; APSA

2013: MPSA; Polmeth; APSA

2012: International Studies Association; Midwest Political Science Association (MPSA); Contemporary African Political Economy Research Seminar; Polmeth; APSA; Harvard-MIT-Yale Civil Conflict and Political Violence Conference

2011: NYU Center for Experimental Social Science conference (CESS); Princeton Conference on New Methods and Applications in Comparative and IR; Society for Political Methodology (Polmeth); American Political Science Association (APSA)

## Expert work

Expert report, motion to enforce preliminary injunction, *D.N.N. et al. v. Liggins et al.*, August 2026, U.S. District Court for the District of Maryland

Declaration, amicus brief, *Khalil v. Blanche*, August 2026, U.S. Court of Appeals for the Fifth Circuit (with David Hausman)

Declaration, amicus brief, *Sarsour v. Swearingen*, June 2026, U.S. District Court for the Southern District of Indiana

Consulting, *Moreno Gonzalez v. Noem*, April 2026, U.S. District Court for the Northern District of Illinois

Consulting, motion for preliminary injunction, *Peralta v. Department of Homeland Security*, March 2026, U.S. District Court for the Southern District of Ohio

Declaration, *Pablo Sequen v. Albarran*, January 2026, U.S. District Court for the Northern District of California

Statistical consultant, University of California Sentencing Project, 2025–

Expert report, motion for preliminary injunction, *D.N.N. et al. v. Liggins et al.*, December 2025, U.S. District Court for the District of Maryland

Declaration, amicus brief, *Stanford Daily Publishing Corporation et al. v. Rubio et al.*, October 2025, U.S. District Court for the Northern District of California (with David Hausman)

Declaration, amicus brief, *Khan Suri v. Trump et al.*, October 2025, U.S. Court of Appeals for the Fourth Circuit (with David Hausman)

Declaration, amicus brief, *Khalil v. Trump et al.*, September 2025, U.S. Court of Appeals for the Third Circuit (with David Hausman)

Declaration, amicus brief, *Mahdawi v. Trump et al.*, August 2025, U.S. Court of Appeals for the Second Circuit (with David Hausman)

Declarations, motion to certify class and reply in support of motion to certify class, *Vasquez Perdomo v. Noem*,

August 2025, U.S. District Court for the Central District of California

Brief of amicus curiae, *Calderon v. Bondi*, July 2025, U.S. Court of Appeals for the Ninth Circuit

Declaration, amicus brief, *Mahdawi v. Trump et al.*, April 2025, U.S. District Court for the District of Vermont (with David Hausman)

Declaration, amicus brief, *Chung v. Trump*, March 2025, U.S. District Court for the Southern District of New York (with David Hausman)

Declaration, amicus brief, *Khalil v. Joyce et al.*, March 2025, U.S. District Court for the District of New Jersey (with David Hausman)

## Policy advisory

Steering committee, Impact Data and Evidence Aggregation Library (IDEAL), World Bank, 2023–2024

Managing Exits from Conflict Nigeria (UNICEF, UNDP, IOM, UN University), 2019–2022

Mercy Corps Nigeria (unpaid), 2018–20

UNICEF Nigeria and UN University (unpaid), 2016–17

Office of the Special Adviser to the President on Petroleum Matters (unpaid), Nigeria, 2010–11

## Affiliations

Faculty Affiliate, Department of Statistics, UCLA, 2022–

Faculty Affiliate, Center for Social Statistics, UCLA, 2018–

Co-executive director, Project on Resources and Governance, 2017–

Faculty Affiliate, Center for Effective Global Action, 2017–

Member, Evidence in Governance and Politics, 2016–

Faculty Affiliate, African Studies Program, UCLA, 2016–

Faculty Affiliate, California Center for Population Research, UCLA, 2016–

Researcher, International Growth Centre, 2012–

## Professional memberships

African Politics Conference Group, American Political Science Association, Society for Political Methodology

## Non-academic employment

Econsult Corporation, Philadelphia (urban economics statistical analyst), 2007–2008.

Grove Insight, Portland, Oregon (political survey research analyst), 2006.

References available upon request.

Last updated September 2026