# EXHIBIT V

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SAMUEL GUZMAN, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | No. 1:26-cv-3579-BAH |

**DECLARATION OF J.H.A.**

I, J.H.A., pursuant to 28 U.S.C. § 1746, declare as follows:

1. My initials are J.H.A. I am 22 years old and I am a mechanic. I entered the United States in 2020 and have lived in Maryland since I moved to the US. I live in Hyattsville with my partner and her son. I am Latino. Before my arrest by ICE in February 2026, I never had any interaction with immigration authorities.

2. On or about February 7, 2026, I left my apartment in Hyattsville, Maryland and got in my car to drive to work. My car is registered under my name, had current license plates and registration, and I was driving within the speed limit. It was around 8 or 8:30 in the morning and I was driving alone in my car towards University Blvd in Hyattsville when suddenly a car turned in front of me to stop me. Six other cars pulled over, too. There were about fifteen agents who got out of the cars. Most of them were dressed in plain clothes, though some of them had vests and they drove regular cars without any identifying characteristics or logos.

3. Six agents came to my car and one of them knocked on the window. I lowered it and asked why I was being stopped. They spoke to me in English and asked me for my license. I felt paralyzed with fear and asked them why they needed my license, and when I did not immediately hand it over to them one of the agents took out their gun and pointed it at me. I gave them my license, and tried to call my girlfriend to let her know what was happening, but an agent took my phone. They did not ask me any more questions.

4. They opened the car door and pulled me hard out of the car, hurting my left shoulder. Then they immediately handcuffed me. I did not resist or try to run away. I asked them why they were treating me like this but no one responded to me.

5. Before handcuffing me, they didn't show me any arrest warrant or say they had one. They didn't tell me why they had stopped me in the first place or why they arrested me. They did not ask where I live, whether I have family members in the U.S., or anything else about my connections to the community here.

6. After they handcuffed me, they shoved me into a car. They drove around for several more hours arresting more people. There were 5 or 6 cars that were driving around together. I observed one of the agents checking license plate information as they did this. The agents would look up a plate number in one of their computers, and then speak to each other on the phone from their separate cars. I don't know how they decided who to stop, but both of the people I saw them arrest were also Latino. They also stopped in a 7-Eleven parking lot and when a Latino man exited the store they stopped him as he tried to leave.

7. They finally took us to the Baltimore ICE office around 2pm. When I arrived at the Baltimore ICE office, they started to ask me questions about my work, about who I work

with, how many people work there, how they pay me, what their names are, who my family is, and what their names are.

8. At one point they showed me a paper about my arrest; it had some of my personal information. I can read some English and I saw there were some errors on it. It said that ICE arrested another person alongside me, which is not true.

9. They held me there at the Baltimore ICE office for about ten days, in a crowded cell with about 80 other men. I couldn't even shower or brush my teeth any of that time.

10. After ten days in the Baltimore ICE office, I was sent to Colorado where I spent about four hours before being transferred again to Arizona. I spent two days in Arizona before being moved to Las Vegas, where I was held for about four hours once more, and then was transferred to the Adelanto ICE Processing Center in Adelanto, CA where I have been for nearly seven months now. It is really hard to be here alone, so far from my family and everyone I know. There is no one I can ask for help here.

11. The conditions are very bad here. The food is awful, sometimes so bad we can't even eat it. I have tried to seek medical assistance, but weeks passed before receiving any response to my request and by the time I got a response I was no longer sick. COVID is going around the detention center and they had to quarantine a bunch of people recently. Some of the officers are racist and say bad things to us. I am able to talk to my partner on the phone, but I am all the way in California so she can't visit me. In my seven months here, I've only had one visitor.

12. I was able to get an attorney through the Amica Center. I am in pending immigration proceedings and have a pending habeas petition in federal court.

13. I am making this declaration under pseudonym because I am afraid of retaliation me and

my family may face if my identity were to become public as a result of my participation in this lawsuit. I also have a pending asylum application, and I'm afraid that the people who I fear in my home country will discover where I am.

14. This declaration was read to me in full in Spanish on August 31, 2026 by Eve Chinea. I completely understand the content of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2026.

**CERTIFICATION OF INTERPRETATION**

I, Eve Chinea, certify that I am fluent in Spanish and English and that I read this declaration in its entirety in Spanish to J.H.A. Due to his detention, I have not been able to visit him in person or otherwise obtain his signature. I spoke with J.H.A. via telephone call on 08/31/2026 at 12:30 pm. and read this declaration back to J.H.A. to confirm its accuracy. J.H.A. affirmed that it was accurate and authorized me to sign on his behalf.

Eve Chinea
08/31/2026