**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SAMUEL GUZMÁN, et al., *individually and on behalf of all others similarly situated*<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al*.,<br><br>*Defendants*. | No. |

**DECLARATION OF BRYAN AVILA**

I, Bryan Avila, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My full name is Bryan Jonathan Avila Nolasco. I am a U.S. citizen. I recently graduated from high school and I turned 18 on May 11, 2026. On the morning of January 24, 2026, I was with my cousin, David Aguirre, who was driving us to work in my father's car. We were traveling on Route 175 highway.

2. All of a sudden, we were boxed in by three cars. The car in front of us braked hard and David had to slam on the brakes so we wouldn't hit it. The car behind us hit the back of our car, and the car in the lane next to us stopped next to us, so we were completely boxed in. It felt very violent and David was forced to stop in the middle of the highway.

3. Immediately, people got out of all three cars, and there were suddenly between six to nine men total surrounding our car, in dark clothing, vests and face coverings. I saw they had guns. They started yelling at us to put down our windows, threatening to break them. They never identified themselves in any way and didn't say that we had done anything wrong. It was really scary. We didn't know who they were or what they wanted. They never once said that they were law enforcement; all they did was yell at us to roll our windows down. I was afraid and thought they were going to kill us. I said to David that we should just stay put and not do anything. I wanted to keep us safe.

4. They smashed the front windows and violently dragged us out at the same time. There were about three officers on each side of the car and I couldn't tell how many were pulling on me. I couldn't see everything that was happening to David because they dragged me out of the passenger seat and pushed me up against the side of the car, still yelling. I don't remember what they were yelling. They pulled my hands behind me roughly like they were going to handcuff me. I had my phone in one hand because I had been about to try to call my Dad. They never said they were ICE agents or asked us any questions, but on instinct I started yelling over and over again that I am a US citizen. I had a clear phone case with my ID in it, and I tried to explain they could see my ID on my phone. They let go one of my hands and I showed them my learner's permit. One officer read it and then threw it in the car. Around this time is when I noticed that one of the men had on a vest that said ERO that confirmed it was ICE.

5. At that point they stopped restraining me and I was able to walk away from the car and watch what was happening to my cousin. I started recording on my phone. I saw that they were still holding on to David and taking him to one of the cars. I did not see them look at

his ID, ask him any questions or show any paperwork. David never resisted in any way. He complied with everything they said and did and he got in the car easily. He was very calm the whole time.

6. I was extremely upset, afraid, emotional and angry at was happening. They were arresting my cousin, who is a good person, and had smashed the windows of our family car. It had happened very fast and I was in shock. Once David was in the car, they just drove off and left me there stranded on the highway, even though they saw from my learner's permit that I was only 17 and not allowed to drive alone.

7. I tried calling for help but no one was able to come get me. I was forced to call my job and tell them I could not come in. Eventually, some good Samaritans stopped. They prayed over me, and moved the car to a nearby church and eventually were able to take me home after a few hours. I had to leave our family car there, stuck at the church with broken windows.

8. This experience has really affected me and my family, because it feels like at any moment we could get abducted by ICE while we are trying to go about our lives, like David and I were that day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2026.

Bryan Avila (Sep 8, 2026 13:22:53 EDT)

Bryan Avila