**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

SAMUEL GUZMAN, *et al.*, *individually and on behalf of all others similarly situated*,

*Plaintiffs,*

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

*Defendants.*

No. 1:26-cv-3579-BAH

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs Motion for Leave for Declarants to Proceed Under Pseudonyms, it is

**ORDERED** that Plaintiffs Motion for Leave for Declarants to Proceed Under Pseudonyms is GRANTED;

It is further **ORDERED** that Plaintiffs be granted leave to file Declarants' real names under seal.

It is further **ORDERED** that Defendants shall maintain the confidentiality of Declarants identities by using these initials and/or redacting their full names and personally identifying information in all filings, including all exhibits in which their names appear.

SO ORDERED.

Date: ____________________________

____________________________________
United States District Judge